Order issued September 6, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

No. 05-10-01174-CV

_____

BRENT W. WALKER, D.O., AND J. KEVING GRAY, Appellant

V.

TOWN NORTH BANK, N.A., Appellee

On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-09-14272-E

# ORDER

Before the Court is appellants Brent W. Walker, D.O., and J. Kevin Gray's August 31, 2012 agreed motion for extension of time to file their motion for rehearing and, in the alternative, motion for en banc reconsideration. The Court's opinion in this case issued on August 16, 2012. Appellants' motion for rehearing was due on August 31, 2012. *See* TEX. R. APP. P. 49.1. Appellants request an extension of seven days or until September 7, 2012, to file their motion for rehearing. No other motions for an extension of time to file motion for rehearing have been filed.

The Court **GRANTS** appellants' motion for extension of time to file their motion for rehearing. The Court **ORDERS** appellants to file their motion for rehearing no later than 5:00 p.m., September 14, 2012.

DOUGLAS S. LANG
JUSTICE